ACCEPTED
04-14-00655-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/26/2015 9:01:28 PM
KEITH HOTTLE
CLERK

04-14-00655-CV

VICTOR and IVARENE HOSEK

*Appellant*

V.

ROSALE SCOTT

*Appellees*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/26/2015 9:01:28 PM

KEITH E. HOTTLE
Clerk

---

ON APPEAL TO THE FOURTH COURT OF APPEALS

FROM THE 81st JUDICIAL DISTRICT COURT

TRIAL CASE NO. 2011-53723

---

**NOTICE OF ADDRESS CHANGE**

---

TO THE HONORABLE COURT & ALL COUNSEL:

Counsel for the Appellants will be changing their address to the below indicated address immediately. We are looking forward to our new, larger office.

Respectfully submitted,

_____/s/ MB CHIMENE_____

THE CHIMENE LAW FIRM
2827 Linkwood Dr.
Houston, TX. 77025-3809
(832) 804-9018
No fax available
michelec@airmail.net

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above Notice was sent this day, March 26th, 2015 to the following by ECF and certified mail:

G. Wade Caldwell
Raquel Perez
One Riverwalk Place, Ste. 1825
700 North St. Mary's,
San Antonio, Texas 78205


_____/s/ MB CHIMENE_____